UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GARY ANDERSON,<br>　　　　　　　　Defendant. | **ORDER**<br><br>No. CR 11-00795 CRB |
| UNITED STATES OF AMERICA<br><br>v.<br><br>PATRICK CAMPION,<br>　　　　　　　　Defendant. | No. CR 11-00796 CRB |
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMES DOHERTY,<br>　　　　　　　　Defendant. | No. CR 11-00797 CRB |
| UNITED STATES OF AMERICA<br><br>v.<br><br>KEITH GOODMAN,<br>　　　　　　　　Defendant. | No. CR 11-00798 CRB |
| UNITED STATES OF AMERICA<br><br>v.<br><br>CRAIG LIPTON,<br>　　　　　　　　Defendant. | No. CR 11-00799 CRB |

ORDER TO
CONTINUE STATUS                    1

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. CR 11-00800 CRB |
| TROY KENT, Defendant. | |
| UNITED STATES OF AMERICA | |
| v. | No. CR 11-00801 CRB |
| LAITH SALMA, Defendant. | |
| UNITED STATES OF AMERICA | |
| v. | No. CR 11-00802 CRB |
| HENRI PESSAH, Defendant. | |
| UNITED STATES OF AMERICA | |
| v. | No. CR 12-00300 CRB |
| MATTHEW WORTHING, Defendant. | |
| UNITED STATES OF AMERICA | |
| v. | No. CR 12-00301 CRB |
| LYDIA FONG, Defendant. | |
| UNITED STATES OF AMERICA | |
| v. | No. CR 12-00785 CRB |
| NORMAN MONTALVO, Defendant. | |

ORDER TO
CONTINUE STATUS                2

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>GILBERT CHUNG,<br>Defendant. | No. CR 13-00069 CRB |
| UNITED STATES OF AMERICA<br>v.<br>MOHAMMED REZAIAN,<br>Defendant. | No. CR 13-00246 CRB |
| UNITED STATES OF AMERICA<br>v.<br>ROBERT WILLIAMS,<br>Defendant. | No. CR 13-00388 CRB |
| UNITED STATES OF AMERICA<br>v.<br>DANIEL ROSENBLEDT,<br>Defendant. | No. CR 13-00587 CRB |
| UNITED STATES OF AMERICA<br>v.<br>KUO HSUAN “CHUCK” CHANG,<br>Defendant. | No. CR 13-00670 CRB |
| UNITED STATES OF AMERICA<br>v.<br>MICHAEL NAVONE,<br>Defendant. | No. CR 13-00804 CRB |

1
2
3
4
5

UNITED STATES OF AMERICA

               v.

No. CR 13-00805 CRB

FLORENCE FUNG,
                    Defendant.

6
7
8

       PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the November 16, 2016 status hearings in the above-captioned matters are continued to March 22, 2017 at 2:00 p.m.

9
10

DATED:  November 8, 2016

               _____

11

THE HONORABLE CHARLES R. BREYER
United States Senior District Judge

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER TO
CONTINUE STATUS               4